Robert A. Royce
Ryan A. Stuart
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
rroyce@jdolaw.com
rstuart@jdolaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT TRUST, ALASKA LABORERS-CONSTRUCTION INDUSTRY TRAINING FUND, and the ALASKA LABORERS-CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND,<br><br>Plaintiffs,<br>vs.<br><br>MCKINLEY FENCE COMPANY OF ALASKA, INC. and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, BOND NO. 6221015,<br><br>Defendants. | Case No. 3:21-cv-00152-HRH |

**PLAINTIFFS' COMPLAINT**

COMES NOW Plaintiffs, by and through their attorneys, JERMAIN, DUNNAGAN & OWENS, P.C., and for their causes of action against Defendants MCKINLEY FENCE COMPANY OF ALASKA, INC. and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, BOND NO. 6221015, complain and allege as follows:

**INTRODUCTION**

1. **Causes of Action.** This action arises under §§ 502(a)(3), 502(e)(1), and 515 of the Employee Retirement Income Security Act, *as amended*, 29 U.S.C. §§ 1132(a)(3), 1132(e) (1), and 1145 (the "ERISA" claims) and AS 08.18.081 (the "Contractor Licensing Bond" claims).

2. **Jurisdiction**. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and has supplemental jurisdiction over the state law claims alleged in this Complaint pursuant to 28 U.S.C. § 1367.

3. **Venue.** Venue lies in the United States District Court for the District of Alaska pursuant to 28 U.S.C. § 1391(b)(2).

## THE PARTIES

4. **Plaintiffs.** Plaintiffs are the Alaska Laborers Employers Retirement Trust, Alaska Laborers-Construction Industry Training Fund, and the Alaska Laborers-Construction Industry Health & Security Fund ("Trust Funds"), and Trustees.

5. **Standing.** The Trust Funds are entitled to bring this suit pursuant to § 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1), in their capacities as employee benefit plans governed by both Trustees and fiduciaries of the Trust Funds, as those terms are defined at § 3(21) of ERISA, 29 U.S.C. § 1002(21).

6. **Defendants.** Upon information and belief, Defendant McKinley Fence Company of Alaska, Inc. ("McKinley Fence") is an Alaska Corporation and did business in the State of Alaska at the time of the events set forth in this Complaint.

7. Upon information and belief, at all times relevant to this suit, Defendant McKinley Fence was an "employer" as that term is defined at § 3(5) of ERISA, 29 U.S.C. § 1002(5).

8. Upon information and belief, Defendant First National Insurance Company of America, Inc. ("First National") is a bonding company authorized to conduct business as a surety within the State of Alaska and issued Bond No. 6221015 in favor of McKinley Fence pursuant to AS 18.18.071.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Alaska Ironworkers Pension Trust, et al. v. McKinley Fence Company of Alaska, Inc., et al.*
Case No. 3:21-cv-00152-HRH                                     Page 2 of 6
PLAINTIFFS' COMPLAINT
Case 3:21-cv-00152-HRH   Document 1   Filed 06/23/21   Page 2 of 6

## FIRST CAUSE OF ACTION
## (ERISA)

9. Plaintiffs incorporate by reference each of the allegations set forth in paragraphs 1 through 8 of Plaintiffs' Complaint.

10. Via its agreements with the Alaska State District Council of Laborers of the Laborers International Union of North America and its Affiliated Local Unions, Laborers & Hod Carriers Local No. 341 and Laborers & Hod Carriers Local No. 942 ("Union"), McKinley Fence is bound to comply with all terms and conditions of the Amended and Restated Agreement and Declaration of Trust of Alaska Laborers Construction Industry Health and Security Fund, the Amended and Restated Agreement and Declaration of Trust of Alaska Laborers Employers Retirement Trust, and the Amended and Restated Agreement and Declaration of Trust of Alaska Laborers-Construction Industry Training Fund ("Trust Agreements"), and pay contributions pertaining to the provision of health care coverage, retirement benefits, and supplemental benefits for all employees of McKinley Fence.

11. McKinley Fence separately executed a Contribution Agreement with the Alaska Laborers Construction Industry Health and Security Trust Fund and the Union, whereby McKinley Fence agreed to comply with all terms and conditions of the Trust Agreements, and pay contributions pertaining to the provision of health care coverage for all eligible non-bargaining unit associate employees of Defendant McKinley Fence.

12. The Trust Agreements are writings that comply in all respects with the requirements of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 186(c)(5). Plaintiff Trust Funds

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Alaska Ironworkers Pension Trust, et al. v. McKinley Fence Company of Alaska, Inc., et al.*
Case No. 3:21-cv-00152-HRH                                                                                           Page 3 of 6
PLAINTIFFS' COMPLAINT
Case 3:21-cv-00152-HRH   Document 1   Filed 06/23/21   Page 3 of 6

have fully performed all necessary obligations and duties under said Trust Agreements by providing health and medical coverage to employees of McKinley Fence.

13. Defendant McKinley Fence has breached the Trust Agreements and Contribution Agreement in the following respects:

    a. By failing and refusing to report and pay in a timely manner on all covered employees all fringe benefit contributions owing to the Plaintiff Trust Funds, including non-Union employees working for Defendant McKinley Fence, for the period of January 2018 through October 2019, in the amount of $30,372.78;

    b. By failing to pay interest owing to the Plaintiff Trust Funds at the contract rate of ten percent (10%) per annum from the date the contributions were due until judgment, and attorney fees as prescribed by the Trust Agreement; and

    c. By failing to pay liquidated damages owing to Plaintiff Trust Funds at the contract rate of ten percent (10%) of the delinquent payment.

14. Despite Defendant McKinley Fence's continued failure to pay contributions as provided for under the Agreements, the Trust Funds still provided health and medical coverage, retirement benefit, and supplemental benefits to employees of McKinley Fence in reasonable reliance on McKinley Fence's employer agreements and obligations to make full contribution payments and file reports.

15. Pursuant to the Agreements to which Defendant McKinley Fence was bound it was obligated to submit timely reports and remit employer contributions on all hours worked by bargaining unit employees, and non-bargaining unit associate employees as required, to the Plaintiff Trust Funds on a monthly basis.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Alaska Ironworkers Pension Trust, et al. v. McKinley Fence Company of Alaska, Inc., et al.*
Case No. 3:21-cv-00152-HRH     Page 4 of 6
PLAINTIFFS' COMPLAINT
Case 3:21-cv-00152-HRH    Document 1    Filed 06/23/21    Page 4 of 6

16. The Agreements required Defendant McKinley Fence to report all hours worked by all covered employees regardless of the employee's Union membership as set forth under the terms Contribution Agreement, Trust Agreements, and the LMRA.

17. The Agreements under § 502(g) of ERISA, 29 U.S.C. § 1132(g), required Defendant McKinley Fence to pay the following: Costs incurred in reviewing its payroll records resulting in a delinquency determination, liquidated damages for failure to make timely and full contribution payments to the Trust Funds, plus all interest, reasonable attorney fees, and costs incurred.

18. Defendant McKinley Fence is liable to Plaintiffs for these costs, damages, interest and fees.

## SECOND CAUSE OF ACTION
**Contractor Licensing Bond (AS 08.18.071-.081)**

19. Plaintiffs incorporate by reference each of the allegations set forth in paragraphs 1 through 20 of Plaintiffs' Complaint.

20. Defendant First National Insurance Company of America bound itself in the sum of $25,000, Bond No. 6221015, to assure payment of claims made by all persons supplying labor and material in the prosecution of the work performed by McKinley Fence. The Bond was filed with the State of Alaska, as required by AS 08.18.071 for contractors doing business in the State of Alaska. The surety bond's issuance date was April 5, 2004.

21. By reason of the failure of Defendant McKinley Fence to pay Plaintiffs the amount owed for delinquent trust fund contributions, Plaintiffs have a claim upon Bond No. 6221015, issued by First National, pursuant to AS 08.18.071 and AS 08.18.081. Plaintiffs are entitled to payment from Defendant First National in the amount of $25,000.00 pursuant to AS 08.18.081.

*Alaska Ironworkers Pension Trust, et al. v. McKinley Fence Company of Alaska, Inc., et al.*
Case No. 3:21-cv-00152-HRH     Page 5 of 6
PLAINTIFFS' COMPLAINT
Case 3:21-cv-00152-HRH   Document 1   Filed 06/23/21   Page 5 of 6

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Trust Funds pray for judgment against the Defendants as follows:

1. That this Court enter judgment against Defendants McKinley Fence Company of Alaska, Inc. and First National Insurance Company of America, Bond No. 6221015, jointly and severally, awarding Plaintiff Trust Funds all delinquent contributions in an amount not less than $30,372.78, as proven in this action; interest at the contract rate of ten percent (10%) per annum; liquidated damages; and all attorney's fees and costs in accordance with the terms of the Agreements;

2. For post-judgment interest at the maximum lawful rate; and

3. For such other and further relief as the Court deems just and equitable.

DATED at Anchorage, Alaska this 23rd day of June, 2021.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

By: */s/ Robert A. Royce*
    Robert A. Royce, ABA No. 8511193
    JERMAIN DUNNAGAN & OWENS, P.C.
    3000 A Street, Suite 300
    Anchorage, AK 99503
    Telephone (907) 563-8844
    Fax (907) 563-7322
    rroyce@jdolaw.com

By: */s/ Ryan A. Stuart*
    Ryan A. Stuart, ABA No. 0706036
    JERMAIN DUNNAGAN & OWENS, P.C.
    3000 A Street, Suite 300
    Anchorage, AK 99503
    Telephone (907) 563-8844
    Fax (907) 563-7322
    rstuart@jdolaw.com

*Alaska Ironworkers Pension Trust, et al. v. McKinley Fence Company of Alaska, Inc., et al.*
Case No. 3:21-cv-00152-HRH         Page 6 of 6
PLAINTIFFS' COMPLAINT
Case 3:21-cv-00152-HRH    Document 1    Filed 06/23/21    Page 6 of 6

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322