Robert A. Royce
Ryan A. Stuart
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
rroyce@jdolaw.com
rstuart@jdolaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT TRUST, ALASKA LABORERS-CONSTRUCTION INDUSTRY TRAINING FUND, and the ALASKA LABORERS-CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKINLEY FENCE COMPANY OF ALASKA, INC. and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, BOND NO. 6221015,<br><br>Defendants. | Case No. 3:21-cv-00152-HRH |

### NOTICE OF DISMISSAL BY PLAINTIFFS BEFORE ANSWER

Plaintiffs, ALASKA LABORERS EMPLOYERS RETIREMENT TRUST, ALASKA LABORERS-CONSTRUCTION INDUSTRY TRAINING FUND, and the ALASKA LABORERS-CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND, by and through their attorney of record, Robert A. Royce of Jermain, Dunnagan & Owens, P.C., hereby dismisses the above-entitled action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED at Anchorage, Alaska this 4th day of October, 2021.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: */s/ Robert A. Royce*
Robert A. Royce, ABA No. 8511193
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone (907) 563-8844
Fax (907) 563-7322
rroyce@jdolaw.com

By: */s/ Ryan A. Stuart*
Ryan A. Stuart, ABA No. 0706036
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone (907) 563-8844
Fax (907) 563-7322
rstuart@jdolaw.com

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 4th day of October, 2021, a true and correct copy of the foregoing document was served on:

Scott Lindstrom, Vice President
McKinley Fence Company of Alaska, Inc.
5901 Lake Otis Pkwy.
Anchorage, AK 99507

Jeff Olson, Sr. Surety Claims Counsel
Surety Claims – Western Region
Liberty Mutual Surety
P.O. Box 34526
Seattle, WA 98124-1526

by first class mail, if an address is indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Sandra Barta/*
Jermain, Dunnagan & Owens, P.C.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Alaska Laborers Trust Funds, et al. v. McKinley Fence Company of Alaska, Inc., et al.* Page 2 of 2
Case No. 3:21-cv-00152-HRH
NOTICE OF DISMISSAL BY PLAINTIFFS BEFORE ANSWER
Case 3:21-cv-00152-HRH   Document 12   Filed 10/04/21   Page 2 of 2